UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS BURNETT,<br><br>    Plaintiff,<br><br>vs.<br><br>K. SEDILLO, et al.,<br><br>    Defendants. | 1:16-cv-01672-LJO-GSA-PC<br><br>**FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS ACTION PROCEED ONLY AGAINST DEFENDANTS MEIER, REYNAGA, HUCKLEBERRY, GARCIA, AND DYER FOR USE OF EXCESSIVE FORCE, AND THAT ALL OTHER CLAIMS AND DEFENDANTS BE DISMISSED**<br><br>**OBJECTIONS, IF ANY, DUE IN FOURTEEN (14) DAYS** |

Carlos Burnett ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on November 3, 2016. (ECF No. 1.)

The court screened Plaintiff's Complaint pursuant to 28 U.S.C. § 1915A and found that it states cognizable excessive force claims against defendants Correctional Officer (C/O) G. Meier, C/O R. Reynaga, Sergeant G. Garcia, C/O C. Huckleberry, and C/O Ryan Dyer, but no other claims. (ECF No. 12.) On August 28, 2017, Plaintiff was granted leave to either file an amended complaint or notify the court that he is willing to proceed only on the claims found cognizable by the court. (Id.) On September 21, 2017, Plaintiff filed a notice informing the court that he is willing to proceed only on the cognizable excessive force claims. (ECF No. 13.)

Based on the foregoing, it is HEREBY RECOMMENDED that:

1. This action proceed only against defendants Meier, Reynaga, Huckleberry, Garcia, and Dyer, for use of excessive force in violation of the Eighth Amendment;
2. All remaining claims and defendants be dismissed from this action;
3. Plaintiff's claims for violation of due process, failure to protect him, and retaliation be dismissed from this action based on Plaintiff's failure to state a claim; and
4. Defendants Sedillo, Davidson, and Nuckles be dismissed from this action for Plaintiff's failure to state any cognizable claims against them.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within **fourteen (14) days** of the date of service of these Findings and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: __September 25, 2017__        __/s/ Gary S. Austin__
                                                             UNITED STATES MAGISTRATE JUDGE