UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS BURNETT,<br><br>    Plaintiff,<br><br>vs.<br><br>K. SEDILLO, et al.,<br><br>    Defendants. | 1:16-cv-01672-LJO-GSA-PC<br><br>ORDER FOR PLAINTIFF TO <u>EITHER</u>:<br><br>    (1) FILE A "MOTION FOR LEAVE TO AMEND THE COMPLAINT," AS INSTRUCTED BY THIS ORDER,<br><br>    <u>OR</u><br><br>    (2) FILE A WRITTEN NOTICE INFORMING THE COURT THAT HE WANTS TO PROCEED WITH THE ORIGINAL COMPLAINT<br><br>THIRTY-DAY DEADLINE |

**I.    BACKGROUND**

    Carlos Burnett ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds with Plaintiff's original Complaint, filed on November 3, 2016, against defendants Correctional Officer (C/O) G. Meier, C/O R. Reynaga, Sergeant G. Garcia, C/O C. Huckleberry, and C/O Ryan Dyer (collectively, "Defendants"), for use of excessive force in violation of the Eighth Amendment. (ECF No. 1.)

On February 5, 2018, Plaintiff lodged a proposed First Amended Complaint. (ECF No. 23.) In this case, because Defendants filed an Answer to the Complaint on January 22, 2018, Plaintiff is required to obtain leave of court or written consent by Defendants to file an amended complaint. Fed. R. Civ. P. 15(a). Therefore on February 12, 2018, the court issued an order striking the proposed First Amended Complaint and ordering Plaintiff to file a motion for leave to amend and concurrently lodge the First Amended Complaint, within thirty days. (ECF No. 25.) Plaintiff was advised that Defendants would be granted an opportunity to respond to the motion after which the court would rule on Plaintiff's motion for leave to amend.

On February 28, 2018, Plaintiff re-submitted the First Amended Complaint, which was lodged by the court. (ECF No. 27.) However, Plaintiff has not filed a motion for leave to amend the complaint.

## II. DISCUSSION

The court believes that Plaintiff may have misunderstood the court's order. Plaintiff is advised that <u>if he wishes to file the First Amended Complaint, he must also file a motion for leave to amend the complaint</u>. Plaintiff shall be granted another opportunity to file a motion for leave to amend, within thirty days. <u>Plaintiff does not need to submit another copy of the First Amended Complaint</u>.

Plaintiff should title his motion "Motion for Leave to Amend the Complaint." In the motion Plaintiff must explain how the First Amended Complaint is different from the original Complaint and why he seeks to make changes. For example, if Plaintiff seeks to add or omit defendants or claims, he should describe these changes and explain why he seeks to make the changes. After Plaintiff files the motion, Defendants shall have an opportunity to file a response to the motion and thereafter the court will consider Plaintiff's motion and decide whether to allow the filing of the First Amended Complaint.

In the alternative, if Plaintiff does not wish to file the First Amended Complaint, he is required to notify the court in writing, within thirty days, that he wishes to proceed with the original Complaint.

**III. CONCLUSION AND ORDER**

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of service of this order, Plaintiff is required to **either**:

    (1) File a "Motion for Leave to Amend the Complaint," as instructed by this order,

    **or**

    (2) File a written notice that he wants to proceed with the original Complaint;

2. If Plaintiff chooses to file a motion, he should title his motion "Motion For Leave to Amend the Complaint," refer to case number 1:16-cv-01672-LJO-GSA-PC, and sign the motion; and

3. If Plaintiff fails to comply with this order, this case shall proceed on the original Complaint.

IT IS SO ORDERED.

Dated: **March 23, 2018**              **/s/ Gary S. Austin**
                                                                 UNITED STATES MAGISTRATE JUDGE