UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS BURNETT,<br><br>          Plaintiff,<br><br>   vs.<br><br>K. SEDILLO, et al.,<br><br>          Defendants. | 1:16-cv-01672-LJO-GSA-PC<br><br>ORDER DENYING MOTION TO COMPEL AS PREMATURE<br>(ECF No. 30.) |

      Carlos Burnett ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds with Plaintiff's original Complaint, filed on November 3, 2016, against defendants Correctional Officer (C/O) G. Meier, C/O R. Reynaga, Sergeant G. Garcia, C/O C. Huckleberry, and C/O Ryan Dyer (collectively, "Defendants"), for use of excessive force in violation of the Eighth Amendment. (ECF No. 1.) On February 28, 2018, Plaintiff lodged a proposed amended complaint. (ECF No. 27.)

      On March 27, 2018, Plaintiff filed a motion to compel discovery. (ECF No. 30.) Plaintiff's motion is premature as discovery has not yet been opened in this case. When this case is ready for discovery, the court will issue a scheduling order opening discovery. Discovery will not be opened until after the complaint has been served and one or more of the

defendants has filed an answer to the complaint.  Therefore, it is not time for discovery in this case, and Plaintiff's motion to compel shall be denied.

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion to compel, filed on March 27. 2018, is DENIED as premature.

IT IS SO ORDERED.

Dated: __**March 30, 2018**__         _____**/s/ Gary S. Austin**_____
                                                        UNITED STATES MAGISTRATE JUDGE