UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS BURNETT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>K. SEDILLO, et al.,<br><br>　　　　Defendants. | 1:16-cv-01672-LJO-GSA-PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br>**(ECF No. 45.)**<br><br>**ORDER GRANTING DEFENDANT DYER'S MOTION FOR SUMMARY JUDGMENT**<br>**(ECF No. 37.)**<br><br>**ORDER FOR CLERK TO ENTER JUDGMENT FOR DEFENDANT DYER**<br><br>**ORDER FOR THIS CASE TO PROCEED AGAINST DEFENDANTS MEIER, REYNAGA, HUCKLEBERRY, AND GARCIA** |

　　　Carlos Burnett ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On October 3, 2018, findings and recommendations were entered, recommending that defendant Dyer's motion for summary judgment, filed on August 15, 2018, be granted. (ECF No. 45.) The parties were granted fourteen days in which to file objections to the findings and recommendations. (Id.) The fourteen-day deadline has now expired, and no objections have been filed.

　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations entered on October 3, 2018, are ADOPTED in full;
2. Defendant Dyer's motion for summary judgment, filed on August 15, 2018, is GRANTED;
3. Summary judgment is GRANTED in favor of defendant Dyer on Plaintiff's claim for use of excessive force under the Eighth Amendment;
4. This action now proceeds against defendants Meier, Reynaga, Huckleberry, and Garcia, for use of excessive force in violation of the Eighth Amendment;
5. The Clerk is directed to enter judgment in favor of defendant Dyer and reflect the dismissal of defendant Dyer from this action on the court's docket; and
6. This case is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated: **November 3, 2018**  **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE