UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CARLOS BURNETT,

        Plaintiff,

    vs.

C/O G. MEIER,

C/O R. REYNAGA,

C/O C. HUCKLEBERRY, AND

SERGEANT G. GARCIA,

        Defendants.

1:16-cv-01672-LJO-GSA-PC

**ORDER CHANGING TIME OF TELEPHONIC HEARING FROM 8:30 A.M. TO 8:00 A.M.**

<u>**New Time**</u>:

<u>**Telephonic Trial Confirmation Hearing**</u>:
**May 2, 2019 at 8:00 a.m.
in Courtroom 4 (LJO)**

**PLEASE TAKE NOTICE OF CHANGE IN TIME OF HEARING**

        This case is scheduled for a telephonic trial confirmation hearing on May 2, 2019. By this order, the **time** of the hearing is changed **from 8:30 a.m. to 8:00 a.m.** All other provisions of the court's Second Scheduling Order issued on November 28, 2018, remain the same.

        Counsel for Defendants is required to arrange for the participation of Plaintiff in the Telephonic Trial Confirmation Hearing and to initiate the telephonic hearing by arranging a one-line conference call and telephoning the Court at **8:00 a.m.** at **(559) 499-5680**.

        The matter must begin ON TIME. The Court is engaged in a jury trial that begins at 8:30 a.m.


IT IS SO ORDERED.

    Dated:   **April 26, 2019**            **/s/ Lawrence J. O'Neill**
                                    UNITED STATES CHIEF DISTRICT JUDGE