UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ROMERO BURNETT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>　C/O G. MEIER,<br>C/O R. REYNAGA,<br>C/O C. HUCKLEBERRY, AND<br>SERGEANT G. GARCIA,<br><br>　　　　Defendants. | 1:16-cv-01672-LJO-GSA-PC<br><br>**ORDER VACATING MAY 6, 2019 ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE WITNESS CARLOS ROMERO BURNETT TO TRIAL ON JUNE 11, 2019**<br><br>**(ECF No. 65.)**<br><br>**Carlos Romero Burnett, K-51273** |

　　On May 6, 2019, the Court issued an order and Writ of Habeas Corpus ad Testificandum to transport inmate witness Carlos Romero Burnett, commanding the Warden of California State Prison-Los Angeles County in Lancaster, California, to produce California prisoner Carlos Romero Burnett, K-51273, to Courtroom #4, 7th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on <u>June 11, 2019, at 8:30 a.m.</u> to attend the trial for this action. (ECF No. 65.)

　　Due to unforeseen events, the June 11, 2019 trial date shall be continued. Therefore, inmate witness Carlos Romero Burnett, #K-51273, is no longer needed by the Court as a trial witness on June 11, 2019.

1

**ACCORDINGLY, IT IS ORDERED** that the Court's order of May 6, 2019, ordering that a Writ of Habeas Corpus ad Testificandum issue, and the Writ of Habeas Corpus ad Testificandum issued on May 6, 2019, commanding the production of inmate Carlos Romero Burnett, #K-51273, **ARE HEREBY VACATED**.

IT IS SO ORDERED.



Dated: **June 4, 2019**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE