UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ROMERO BURNETT, | 1:16-cv-01672-LJO-GSA-PC |
| Plaintiff, | |
| vs. | **ORDER CONTINUING JURY TRIAL TO JULY 16, 2019, AT 8:30 A.M.** |
| C/O G. MEIER, | |
| C/O R. REYNAGA, | **New Date:** |
| C/O C. HUCKLEBERRY, AND | **Jury Trial:** **July 16, 2019** |
| SERGEANT G. GARCIA, | **(2-3 days est.)** **8:30 a.m.** |
| Defendants. | **Courtroom 4** |
| _____/ | |

## PLEASE TAKE NOTICE

The jury trial for this case, previously scheduled for June 11, 2019 at 8:30 a.m., is now continued to **July 16, 2019, at 8:30 a.m.** before the Honorable Lawrence J. O'Neill in Courtroom 4, Seventh Floor, United States Courthouse, 2500 Tulare Street, Fresno, California.

All other dates and deadlines in the court's pretrial order issued on May 3, 2019, have expired and will not be extended.

IT IS SO ORDERED.

Dated: __**June 5, 2019**__         _____**/s/ Lawrence J. O'Neill**_____
                                                    UNITED STATES CHIEF DISTRICT JUDGE