# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ROMERO BURNETT,<br><br>                Plaintiff,<br>    v.<br><br>C/O G. MEIER, C/O R. REYNAGA,<br>C/O C. HUCKLEBERRY, AND<br>SERGEANT G. GARCIA,<br><br>                Defendants. | 1:16-cv-01672-LJO-GSA (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF CARLOS ROMERO BURNETT, CDCR # K-51273, AND HIS LEGAL PROPERTY TO TRIAL**<br><br>**DATE: July 16, 2019**<br>**TIME:  8:30 a.m.**<br>**COURTROOM:  #4 (LJO)** |

     Carlos Romero Burnett, inmate, CDCR #K-51273 a necessary and material witness on his own behalf at trial in this case on July 16, 2019, is confined at California State Prison-Los Angeles County at 44750 60th Street West, Lancaster, California, 93536, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before District Judge Lawrence J. O'Neill, Courtroom #4, 7th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on July 16, 2019, at 8:30 a.m.

    **ACCORDINGLY, IT IS ORDERED that:**

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of Court proceedings or as ordered by the Court; and thereafter to return the inmate to the above institution;

    2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of California State Prison-Los Angeles County at 44750 60th Street West, Lancaster, California, 93536**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the Court; and thereafter to return the inmate to the above institution.  **The inmate's legal property relevant to this case shall accompany the inmate to the trial.**



    **FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.
IT IS SO ORDERED.

   Dated:  __**June 5, 2019**__          _____/s/ Lawrence J. O'Neill_____
                                                       UNITED STATES CHIEF DISTRICT JUDGE