1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  JOSEPH R. WHEELER, State Bar No. 216721
   Supervising Deputy Attorney General
3  LARAYA M. PARNELL, State Bar No. 307200
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-7335
6   Fax: (916) 324-5205
    E-mail: Laraya.Parnell@doj.ca.gov
7  *Attorneys for Defendants Huckleberry, Garcia,
   Reynaga, and Meier*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **CARLOS ROMERO BURNETT,** | 1:16-cv-01672 LJO GSA |
| Plaintiff, | **STIPULATION AND ORDER TO EXCUSE DEFENDANT GARCIA FROM PHYSICALLY APPEARING FOR TRIAL AND ALLOW TESTIMONY VIA TELEPHONE** |
| v. | |
| **G. MEIER, et al.,** | |
| Defendants. | Date: July 16, 2019<br>Time: 8:30 a.m.<br>Courtroom: 4<br>Judge: Hon. Lawrence J. O'Neill<br>Action Filed: November 3, 2016 |

    The parties submit this stipulation in accordance with Local Rule 143(a)(1). Defendant Garcia is physically incapacitated and unable to travel due to an injury he sustained on July 6, 2019. The trial is set for July 16, 2019, and it is expected that Defendant Garcia will still be incapacitated and unable to travel to Fresno and attend the trial in person. On July 11, 2019, at 9:00 a.m., the parties discussed Defendant Garcia's situation, and they agreed to excuse Defendant Garcia from physically appearing in court during the trial due to his injury. The parties also agreed that Defendant Garcia could testify by telephone and that Plaintiff had no objection to conducting his cross-examination of Defendant Garcia over the phone.

1

**IT IS SO STIPULATED.**

Dated: _____    _____
                                  CARLOS ROMERO BURNETT
                                  Plaintiff

Dated: _____    _____
                                  Laraya M. Parnell
                                  Deputy Attorney General
                                  *Attorney for Defendants Garcia, Huckleberry, Meier, and Reynaga*

Based on the stipulation of the parties and good cause appearing, Defendant Garcia will be excused from attending the trial of this matter in person and is permitted to provide testimony telephonically. The signatures on the stipulation are on the docket.

IT IS SO ORDERED.

Dated:   **July 12, 2019**          _____/s/ Lawrence J. O'Neill_____
                                    UNITED STATES CHIEF DISTRICT JUDGE

2

Joint Stipulation to Excuse Def. Garcia from Physically Appearing for Trial & Allow Testimony via Telephone
(1:16-cv-01672 LJO GSA)

SA2017306836
13905263.docx

3