UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ROMERO BURNETT,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>C/O G. MEIER, C/O R. REYNAGA, C/O C. HUCKLEBERRY, AND SERGEANT G. GARCIA,<br><br>　　　　　Defendants. | 1:16-cv-01672-LJO-GSA-PC<br><br>**NOTICE AND ORDER THAT INMATE WITNESS IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED (ECF No. 81.)**<br><br>**As to Carlos Romero Burnett #K-51273** |

　　　The trial for this matter commenced on July 16, 2019 at 8:30 a.m., and Plaintiff Carlos Romero Burnett, inmate, has given testimony before the Court. Plaintiff **Carlos Romero Burnett, #K-51273** is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus *ad testificandum* as to this inmate, issued on June 6, 2019, is HEREBY DISCHARGED.

IT IS SO ORDERED.

　　　Dated:　**July 16, 2019**　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE